**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

SEVAK SUKIASYAN                             CIVIL ACTION NO.  3:26-CV-00406 SEC P

VERSUS                                      JUDGE ALEXANDER C. VAN HOOK

BRIAN ACUNA ET AL                           MAGISTRATE JUDGE CAROL B.
                                            WHITEHURST

**MEMORANDUM ORDER**

Before the Court is a Motion for Order to Show Cause (Doc. 3) filed by Petitioner Sevak Sukiasyan, an immigration detainee at Jackson Parish Correctional Center in Jonesboro, Louisiana.  Sukiasyan seeks an expedited briefing schedule on his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

Summonses were issued on February 10, 2026.  Doc. 2.  The record does not contain proof of service, but the Government filed a Notice of Appearance on March 17, 2026.  Doc. 4.

A court may order a respondent to file an answer, motion, or other response, in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna, M.J.)[1].  And this Court has determined that a 21 day briefing schedule with seven days to reply is reasonable and appropriate in cases like Sukiasyan's.

---

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases.  *See Hickey v. Adler*, 2008 WL  835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575, 577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D. W.Va. 1997); *see also Taylor v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241.").

Accordingly, the Motion (Doc. 3) is GRANTED IN PART to the extent it generally seeks expedited briefing but DENIED IN PART to the extent it seeks a response or release within three days.

IT IS ORDERED that a Response be filed within 21 days following the date of this Order.  Sukiasyan shall have seven days within which to file a reply.

THUS DONE in Chambers on this 17th day of March, 2026.

Carol B. Whitehurst
United States Magistrate Judge